Randolph S. Hicks, Esq. - SBN 83627
Andrew P. Collier, Esq. - SBN 232647
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel. (650) 592-5400
Fax.(650) 592-5027
RHicks@chdlawyers.com

**ATTORNEYS FOR** Defendant
PROGRESSIVE WEST INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MATTHEW COYNE,

        Plaintiff,

vs.

PROGRESSIVE WEST INSURANCE COMPANY,

        Defendant.

No. CV-09-1720 - JSW

[PROPOSED] ORDER REMANDING ACTION TO SAN MATEO COUNTY SUPERIOR COURT

The Court having considered the stipulation of and by the parties that plaintiff shall not seek damages in an amount greater than $75,000 and that any award in this action shall not exceed $75,000, and the request of defendant in reliance upon that stipulation that this action be remanded, and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is remanded to the Superior Court of California in and for the County of San Mateo. If plaintiff claims damages in an amount greater than $75,000, defendant shall have the right to remove the action to this Court.

Dated: _____June 2_____, 2009

_____
Judge of the United States District Court

[Proposed] Order Remanding Action to San Mateo Superior Court;
Case No. CV-09-1720-JSW